## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lance and Javette Stone      : **CHAPTER 13**

                       :

        **Debtors,**             : **CASE NO. 14-19036**

### SUPPLEMENTAL APPLICATION FOR COMPENSATION AND
### REIMBURSEMENT OF EXPENSES

Law Offices of Georgette Miller applies under §330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1.     Applicant is counsel for Debtors.

2.     The Debtors filed a petition under Chapter 13 of the Bankruptcy Code on <u>November 13, 2014.</u>

3.     The Debtors annualized current monthly income as set forth on Form B22C is

       _\_\__ above median (the amount on line 15 is not less than the amount on line 16)

       _x_ below median (the amount on line 15 is less than the amount on line 16)

4. Applicant requests an award of supplemental compensation of <u>$1,950.00</u> for services and expenses related to modified plan.

     a.    11/15/15 T/c Kris Kristopherson @ PA Department of Revenue re. unfiled tax returns. Advised government claims deadline passed. v/m Client – re status of old business.  Send letter 48 min

     b.    11/18/15: t/c debtor re: has no business he aware of. Provided name of business. Says he was only employee. 15 min

     c.    11/30/15: Research corporate database, v/m Kris @ PA dept.  1 hr. Order incorporation documents from corporate database,  Fee $50.00

     d.    12/7/15: email exchange w/ Kris @PA Department of Revenue re: owner of corporation.  20 min

     e.    12/17/15: review corporate documents.  t/c Debtor re refer to Mario Stephens

     f.    12/29/15: t/c Kris. Ok for Debtor to file returns for period while work there. Business dissolved in 2003.

     g.    Mario Stephens: tax returns 1991-2003 = Fee $850.00

     h.    3/15/16: t/c Mario – no tax liabilities. t/c Debtor & Kris @ PA Department of Revenue. Matter resolved. No need for amnesty. Debtor owes no taxes and returns all filed.  28 min

     i.    3/15/16: t/c D re surrender of vehicle 12 min

{00219196;v1}

       j.   3/23/16: prepare & file motion to modify plan, amend schedule I/J, debtors present in office  1 hr. 15 min

       k.  4/27/16: attend motion, Polly needs to review. Parking $17, 45 min

       l.   5/25/16: t/c trustee re trustee commission needs to be amended. File amended plan.  15 min

       m.  7/2/16: attend motion, motion approved. Parking $17, 1 hr. 10 min

5.     None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 U.S.C. §504(c) applies.

6.     The confirmed plan already provides for this fee.

7.     None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 U.S.C. §504(c) applies.

WHEREFORE, Applicant requests an additional award of $1950.00 in compensation.

Law Offices of Georgette Miller

DATE: July 21, 2017

                                   */s/ Georgette Miller*
                                     GEORGETTE MILLER
                                     Attorney for Debtors